UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACQUELYN THOMPSON,

    Plaintiff,

v.                                                       Case No. 8:19-cv-997-T-60CPT

G4S SECURE SOLUTIONS (USA) INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter is before the Court on consideration of the report and recommendation of Christopher P. Tuite, United States Magistrate Judge, entered on June 24, 2020. (Doc. 33). Judge Tuite recommends that the "Renewed Joint Motion to Approve Settlement Agreement" (Doc. 32) be granted.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

    Upon due consideration of the record, including Judge Tuite's report and

recommendation, the Court adopts the report and recommendation and grants the motion to approve settlement. The Court specifically finds that the proposed settlement agreement is a fair and reasonable resolution of the parties' bona fide disputes regarding Plaintiff's FLSA claims. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Tuite's report and recommendation (Doc. 33) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) The "Renewed Joint Motion to Approve Settlement Agreement" (Doc. 32) is hereby **GRANTED**.

(3) The proposed settlement (Doc. 32-1) is **APPROVED** as a fair and reasonable resolution of the parties' bona fide disputes regarding Plaintiff's FLSA claims.

(3) Pursuant to the settlement, this action is **DISMISSED WITH PREJUDICE.**

(4) The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 7th day of July, 2020.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE